

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. __18 CR 049 JED__ |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | [COUNT 1: 18 U.S.C. §§ 922(g)(1) and 924(a)(2) – Felon in Possession of Firearms and Ammunition; |
| v. | ) | COUNT 2: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) – Possession of Marijuana With the Intent to Distribute; |
| ADRIAN ROBERT JONES, | ) | Forfeiture Allegation – 18 U.S.C. § 924(d), 21 U.S.C. § 853(a) and 28 U.S.C. § 2461(c) – Firearms and Drug Forfeiture] |
| Defendant. | ) | |

**FILED**
MAR 7 2018
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

**THE GRAND JURY CHARGES:**

**COUNT ONE**
[18 U.S.C. §§ 922(g)(1) and 924(a)(2)]

On or about December 30, 2017, in the Northern District of Oklahoma, the defendant, **ADRIAN ROBERT JONES**, having been convicted of the following crimes punishable by imprisonment for terms exceeding one year:

1. Unauthorized Use of a Vehicle, Case No. CF-2010-85, in the District Court of Tulsa County, State of Oklahoma, on February 3, 2010; and

2. Uttering a Forged Instrument, Case No. CF-2011-411, in the District Court of Tulsa County, State of Oklahoma, on May 2, 2011,

did knowingly possess in and affecting interstate commerce the following firearm and ammunition:

1. Taurus, Model PT 809, 9mm caliber semi-automatic pistol, serial number TFS 39129;

2. Sixteen rounds of Remington 9mm caliber ammunition;

3. Forty-five rounds of Winchester 9mm caliber ammunition;

4. Fifteen rounds of assorted brands of .38 Special caliber ammunition; and

5. Fourteen rounds of assorted brands of .380 caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO
## [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D)]

On or about December 30, 2017, in the Northern District of Oklahoma, the defendant, **ADRIAN ROBERT JONES**, knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d), 21 U.S.C. § 853(a) and 28 U.S.C. § 2461(c)]

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(a) and Title 28, United States Code, Section 2461(c).

Upon conviction of the firearm and drug offenses alleged in Counts One and Two of this Indictment, as part of his sentence, the defendant, **ADRIAN ROBERT JONES**, shall forfeit to the United States firearms and ammunition involved in or used in the knowing commission of such firearms offense, and any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such drug offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such drug offense, including, but not limited to:

**AMMUNITION**

1. Sixteen rounds of Remington 9mm caliber ammunition;
2. Forty-five rounds of Winchester 9mm caliber ammunition;
3. Fifteen rounds of assorted brands of .38 Special caliber ammunition; and
4. Fourteen rounds of assorted brands of .380 caliber ammunition.

All pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(a), and Title 28, United States Code, Section 2461(c).

R. TRENT SHORES
UNITED STATES ATTORNEY

_____
CHRISTOPHER J. NASSAR
Assistant United States Attorney

A TRUE BILL

/s/ Grand Jury Foreperson
Grand Jury Foreperson