PROB 12B
(8/16)

# United States District Court for
## The Northern District of Oklahoma

**Request for Order Modifying the Conditions or Term of Supervision
With Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

| | |
|---|---|
| Name of Offender: Adrian Robert Jones | Case Number: 18-CR-049-001-JED |

Name of Sentencing Judicial Officer:   The Honorable John E. Dowdell, Chief Judge

Date of Original Sentence:   July 31, 2018

Original Offense:   Felon in Possession of Firearms and Ammunition in violation of 18 U.S.C. §§ 922 (g)(1) and 924 (a)(2); Possession of Marijuana With the Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(D)

Original Sentence:   Six months imprisonment to be followed by three years supervised release

Type of Supervision:   Supervised Release      Date Supervision Commenced:   December 28, 2018

Date Supervision Expires:   December 27, 2021

## PETITIONING THE COURT

☒   To modify the conditions of supervision as follows:

**The defendant shall abstain from the use of any form of alcohol or intoxicating beverages.**

**The defendant shall submit to alcohol testing for a period of three months using an alcohol detection device as directed by the Probation Officer. The defendant shall comply with the testing requirements and follow the Probation Officer's instructions. The costs associated with this service will be incurred by the Northern District United States Probation office. The alcohol detection device may be utilized for an additional period of up to two months, as directed by the Probation Officer, if the defendant incurs a positive alcohol test.**

## CAUSE

Jones commenced his term of supervised release on December 28, 2018, in the Northern District of Oklahoma. On June 12, 2020, Jones was arrested by Oklahoma Highway Patrol Trooper Curtis for Driving Under the Influence. Jones was also ticketed for speeding, not having a valid driver's license, and no insurance. Trooper Curtis observed a vehicle approaching him from the rear at a high rate of speed and check the vehicle's speed at 101mph in a 65mph zone. Trooper Curtis initiated a traffic stop and identified the driver as Adrian Robert Jones by his Oklahoma ID card. Jones stated to Trooper Curtis that he was coming from a bar downtown and admitted to consuming alcohol. Trooper Curtis could smell the odor of alcohol coming from Jones and asked him to exit the vehicle and perform standardized field sobriety tests. Jones failed several portions of the tests and was placed under arrest. Trooper Curtis read Jones the implied consent law and Jones agreed to submit to a breathalyzer test in which he blew .10 and was subsequently booked into the Tulsa County Jail. As of the writing of this report, charges have not been filed in the Tulsa County District Court.

Jones has submitted to urinalysis testing since he commenced his term of supervised release. On June 1, 2020, Jones submitted a urine specimen that tested positive for cocaine, amphetamine, and methamphetamine. Jones admitted to the use of ecstasy following the death of a family member. Since the positive test results, Jones has submitted two additional urine specimens which have tested negative. Jones is currently submitting three urine specimens for testing each month.

The defendant, after being advised of his right to assistance of counsel, agreed to said modification and executed a waiver of hearing and consent to modification of conditions as set forth herein.

Respectfully Submitted,

by  s/ *Jordan Basinger*
Jordan Basinger
United States Probation Officer
Date: July 1, 2020

Approved:

Kory McClintock, Supervising
United States Probation Officer

THE COURT ORDERS:

☐  No action.
☐  The extension of supervision as noted above.
☒  The modification of conditions as noted above.
☐  Other:

JOHN E. DOWDELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Date: 7/2/2020

PROB 49
(8/16)

# United States District Court for
## The Northern District of Oklahoma

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

| | |
|---|---|
| **Name:** Adrian Robert Jones | **Case Number:** 18-CR-049-001-JED |
| **Type of Supervision:** Supervised Release | **Date Supervision Commenced:** December 28, 2018 |
| | **Date Supervision Expires:** December 27, 2021 |

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

Special conditions of supervised release are modified to add the following:

"The defendant shall abstain from the use of any form of alcohol or intoxicating beverages."

"The defendant shall submit to alcohol testing for a period of three months using an alcohol detection device as directed by the Probation Officer. The defendant shall comply with the testing requirements and follow the Probation Officer's instructions. The costs associated with this service will be incurred by the Northern District United States Probation office. The alcohol detection device may be utilized for an additional period of up to two months, as directed by the Probation Officer, if the defendant incurs a positive alcohol test."

Witness _____  Signed _____
United States Probation Officer              Supervised Releasee

7/1/2020
Date