# CRIMINAL INFORMATION SHEET

✓ Carrie Portell [signature]

Date: __8/14/2020__   Judge: MJ McCarthy   Deputy: Tami Calico

USPO: Jordan Basinger   MJ Cleary   Stacy Turner

Interpreter: Yes ✓ No   ✓ MJ Jayne   Stephanie Cope

Case No. 18-CR-049-001-JED   USA v. ADRIAN ROBERT JONES

Date of Arrest: 08/14/2020   Arrested By: US Marshal   ✓ Detention Requested by AUSA

Bail Recommendation:   Unsecured

**Additional Conditions of Release:**

   a.   b. _____   p ( 1, 2, 3, 4, 5, 6 )
   c.   d. _____   q ( 1, 2, 3, 4, 5, 6, 7, 8 )
   e. _____   r ( 1, 2, 3, 4, 5, 6 )
   f.   g.   h.   i.   j.   s
   k.   l.   m.   n.   o.   t (other)

Defendant Requests Federal Public Defender/Ct. Appt. Counsel:   Yes   No

Defendant's Attorney: ~~Scott Graham~~ Rick White   FPD; ✓ Ct. Appt;   Ret Counsel

AUSA: Chris Nassar   Melody Nelson for

**MINUTES:**

Interpreter: _____ ; ☐ Sworn

☒ Defendant appears in person for IA on: ☐ Indictment; ☐ Information; ☐ Complaint; ☒ Petition; ☐ Rule 5  SR
   with: ☐ Ret Counsel; ☐ FPD; ☒ Ct. Appt; ☐ w/o Counsel

☒ Financial Affidavit received and FPD/CJA appointed; ☒ Present ☐ Not Present

Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5 is the true and correct legal name:**
   ☐ Verified in open court
   ☐ Corrected by interlineation to _____
      to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.
   ☐ Unable to verify in open court: ☐ U.S. Atty. to verify & advise court; ☐ Defendant's Attorney to verify & advise court;

Waivers executed and filed:   ☐ of Indictment; ☒ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings

☐ Bond set for _____ ; Bond and conditions of release executed

☐ Government's Motion for Detention and Detention Hearing filed in open court

☐ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ☐ Scheduling dates to be mailed to counsel

☐ Initial Appearance continued to: _____ at _____ a.m./p.m.

☐ Arraignment scheduled: _____ at _____ a.m./p.m.

☒ Detention Hearing scheduled: __8-18-20__ at __2:00__ a.m./(p.m.)

☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.

☒ Defendant remanded to custody of U.S. Marshal:   ☒ Pending further proceeding; ☐ Pending release on bond for treatment

Mot. for Detention #__36__: ☐ Granted; ☐ Denied; ☐ Moot   Mot. for Hearing #__37__: ☒ Granted; ☐ Denied; ☐ Moot

Additional Minutes: _____

Criminal Information Sheet   CR-24 (8/16)