AO 468 (Rev. 01/09 OKND 04/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. 18-cr-49-JED |
| Adrian Robert Jones | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.


Date:  8/14/20

Oral Consent
*Defendant's signature*

Oral Consent
*Signature of defendant's attorney*