# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                Plaintiff,

vs.

Adrian Robert Jones,

                Defendant(s).

Case Number: 18-cr-00049-JED
Date: 8/18/2020
Court Time: 3:25pm - 3:40pm

## MINUTE SHEET

Jodi F. Jayne, U.S. Magistrate Judge    Stephanie Cope, Deputy Clerk    Court Room C 1

Interpreter: _____    ☐ Sworn

Counsel for Plaintiff: Christopher Jordon Nassar

Counsel for Defendant: Richard D White, Jr    Appt (Appt./Ret./FPD)

### Detention and/or Preliminary Hearing

Case called for: ☑ Detention Hearing, ☐ Preliminary Hearing;

☑ Defendant appears in custody with counsel;

Defense waives: ☐ Preliminary Hearing, ☐ Detention Hearing, waiver(s) executed;

☐ Government withdraws their Motion for Detention # _____ ;

☐ Defense counsel stipulates there is probable cause;

☑ Proffer(s) made;

☑ Witness(es) sworn and testimony given;

☑ Arguments heard;

☐ Court finds there is probable cause;

Motion for Detention (Dkt 36 ): ☑ granted, ☐ denied, ☐ moot;

☐ Court finds there are conditions which defendant can be released; Defendant ordered released;

☐ Bond set at _____ , Bond and Conditions of Release executed;

☑ Defendant detained and remanded to custody of U.S. Marshal, ☑ Detention Order to be entered;

☐ Exhibit(s) returned to counsel.

Additional Minutes:
_____
_____

Government's Witnesses:
Lucas Keck, ATF agent

Defendant's Witnesses:
_____

Government's Exhibits:
_____

Defendant's Exhibits:
_____