# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                Plaintiff,

vs.                                                                  Case Number: 18-CR-49-JED
                                                                     Proceeding: SR Revocation Hearing
Adrian Robert Jones,                                                 Date: 9-9-2020
                Defendant.                     Court Time: 11:30 a.m.
                                                                     Actual Court Time: 11:32 a.m. to 11:42 a.m.

### MINUTE SHEET

John E. Dowdell, Chief U.S. District Judge     L. Lyles, Deputy Clerk     Terri Beeler, Reporter

Counsel for Plaintiff: Mark Morgan

Counsel for Defendant: Richard White, Appt.

USPO: Kory McClintock

Minutes: This comes on for a Supervised Release Revocation hearing. Defendant is present and in custody. Defendant waives his right to a hearing and stipulates to the allegations contained in the Petition for Warrant for Offender Under Supervision (Doc. 34). The Court accepts the stipulations and finds by a preponderance of the evidence that the violations occurred and the defendant's supervised release is hereby revoked. The Final Supervised Release/Sentencing hearing is set for 10/9/2020 at 1:00 p.m. Defendant is remanded to custody.